# ZDARSKY, SAWICKI & AGOSTINELLI LLP
### ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

Receipt # 11089143

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

1/5/10 cg

January 4, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: **Stewart Loewy and Michelle McClellan**
**Case No. 06-00910B**

Ladies and Gentlemen:

Enclosed is my check no. 111 for $571.14, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| Claim No. | Creditor | Amount |
|---|---|---|
| 4 | LVNV Funding LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | $408.28 |
| 5 | LVNV Funding LLC<br>same address as above | $162.86 |


FILED JAN -5 2010 BANKRUPTCY COURT BUFFALO, NY

Both of these payments represented interest on the principal amounts of the underlying claims. The creditor accepted the payments of the principal amounts but did not cash the interest checks. I wrote to the creditor, advising them of the reason for these checks and stating that if they did not cash them, I would deposit the funds to the Court where they could claim them if they wished, as I hereby do. Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure
cc: Ms. Anne Quinn
LVNV Funding LLC (at above address)


RECEIVED JAN -5 2010